IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 14-cv-03007-CBS | Date: April 14, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| SHIRLEY JEFFRIES, | Ahson Wali |
| Plaintiff, | |
| v. | |
| CREDIT BUREAU OF CARBON COUNTY, | Jeffrey Logue |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 08:59 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *MOTION [11] to Amend Complaint*.  The defendant did not file a response to the motion.  The defendant opposes the motion.

**ORDERED:**     *MOTION [11] to Amend Complaint* is **GRANTED.**  The Amended Complaint is deemed as filed today.

The defendant must file an answer to the amended complaint in **20 days.**

Parties have not completed any discovery to date.  Parties have an informal plan in which to exchange discovery.

HEARING CONCLUDED.

**Court in recess: 09:25 a.m.**
Total time in court: 00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.